

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**RECEIVED**

APR – 2 2008 *aew*
Apr 2, 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Danny R, Triplett

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Chicago police Department
James Triantafillo
11th District

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**08CV1884**
**JUDGE MANNING**
**MAG. JUDGE SCHENKIER**

Case No:
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code (federal defendants)**

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.     **Plaintiff(s):**

Revised: 7/20/05

A.    Name:  _Danny R. Triplett_

B.    List all aliases:  _None_

C.    Prisoner identification number:  _20070008710_

D.    Place of present confinement:  _Cook County Jail_

E.    Address:  _2600 S. California_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.    Defendant: _____

Title: _____

Place of Employment: _____

B.    Defendant: _____

Title: _____

Place of Employment: _____

C.    Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised:  7/20/05

## III.    Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES ( )   NO (✓)   If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES ( )   NO (✓)

C.    If your answer is **YES**:

1.    What steps did you take?

_____

_____

_____

2.    What was the result?

_____

_____

_____

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

_____

_____

_____

D.    If your answer is **NO**, explain why not:

_____

_____

_____

3

Revised:   7/20/05

E.    Is the grievance procedure now completed?   YES (  )  NO (✓)

F.    If there is no grievance procedure in the institution, did you complain to authorities?  YES (  )  NO (✓)

G.    If your answer is **YES**:

    1.    What steps did you take?

    2.    What was the result?

H.    If your answer is **NO**, explain why not: Because an Grievance was not needed in the incedent

Revised:  7/20/05

IV.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A.    Name of case and docket number: _____ N/A _____

_____

B.    Approximate date of filing lawsuit: _____

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

_____

D.    List all defendants: _____

_____

_____

_____

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.    Name of judge to whom case was assigned: _____

_____

G.    Basic claim made: _____

_____

_____

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

_____

_____

I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised: 7/20/05

## V.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe precisely how each defendant is involved.  Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

On February 1st of 2007 I was visiting someone by the name of Frank at 449 N, Harding 2nd floor appartment and while I Danny Triplett was visiting two Detectives police came to 449 N, Harding 2nd floor without a search warrant one officer name was James Triantafillo the other officer name I never got because his name was not on the police report, but any way while officer Triantafillo was searching the appartment without a search warrant he had the other officer to watch me Danny Triplett, melanie Bolden and the owner of the appartment Frank the person who I was visiting they had all us hand cuffed in the kitchen area then officer Triantafillo came back in the kitchen then ask us who all stay there and only one person said they stay there and that was Frank me Danny Triplett and melanie Bolden

6

Revised:  7/20/05

Told officer TRiantafillo that we Don't Stay there, So officer TRiantafillo ask me and Melanie Bolden what was we Doing there and we Both told him that we were there Visiting So officer TRiantafillo ask us was there any DRugs in the appartment and we told officer TRiantafillo that we Don't no and we Just was Visiting So officer TRiantafillo slaped me twice in the face then kicked me twice in my legs and told me that I was lying, Then he asked me where I Stay at and I told him that I Stay 2142 W, Maypole appartment A Chicago Illinois Then officer TRiantafillo Called for Back up officers and told me if he find any Drugs that he was gone put it on me and give me a Case and when his back up officers Came they Searched the appartment Some more without a Search warrant Now all of a Sudden they found Some Drugs and put it on me and Charged me with possession with the intent to Delivery and two Counts of possession which one was a heroin and the other was Cocaine then they Charged Melanie Bolden as well.

**VI.    Relief:**

7

Revised: 7/20/05

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm asking the Court for $350,000 Dollars. for a Faulse arrest that officer James Triantafillo Did to Me on February 1st of 2007 at Some one Else appartment without a Search warrant at all also for my pain and Suffering while incarcerated for missing my family and my two kids

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this March day of 22nd , 2008

_Danny Triplett_
(Signature of plaintiff or plaintiffs)

_Danny Triplett_
(Print name)

_20070008710_
(I.D. Number)

_2600 S, California_
_Chicago Il, 60608_
(Address)

8





## 20070008710 - TRIPLETT, DANNY
### BALANCE: $0.22

| Stamp | Transaction | Amount | Balance |
|-------|-------------|--------|---------|
| 03/20/2008 | ORDER DEBIT | -0.15 | 0.22 |
| 03/12/2008 | ORDER DEBIT | -9.64 | 0.37 |
| 02/19/2008 | CREDIT | 10.00 | 10.01 |
| 12/12/2007 | ORDER DEBIT | -0.03 | 0.01 |
| 11/08/2007 | ORDER DEBIT | -9.96 | 0.04 |
| 11/06/2007 | CREDIT | 10.00 | 10.00 |
| 10/25/2007 | ORDER DEBIT | -0.43 | 0.00 |
| 10/04/2007 | ORDER DEBIT | -1.94 | 0.43 |
| 09/26/2007 | ORDER DEBIT | -7.64 | 2.37 |
| 09/12/2007 | CREDIT | 10.00 | 10.01 |

[Next 10 Records]

Click A Transaction To View The Detail or Print Full Report

© 2004 ARAMARK Corporation. All Rights Reserved

**08CV1884**
**JUDGE MANNING**
**MAG. JUDGE SCHENKIER**

**FILED**

APR - 2 2008
Apr 2. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT