MHN

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Danny R. Triplett | 08C1884  08cv1884 |
| DEFENDANT | TYPE OF PROCESS |
| James Triantafillo | S/C |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

James Triantafillo, Chicago Police Department, 11th. District

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

CPD, C/O P. Marting, Supv. of Subpoenas, 3510 S. Michigan Ave., Chicago, IL 60653

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Danny R. Triplett, #2007-0008710
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
5-23-2008
MAY 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE 04-18-08

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | | Date |
|---|---|---|---|---|---|---|
| | 1 | No. 24 | No. 24 | | Td | 04-18-08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Emerald Yancy Admin

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 5/15/08   Time: 3:50 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 48.00 | 5.36 | 0 | 53.36 | 0 | 53.36 | 0 |

REMARKS: CDUSM 11 miles Rt 1 Hour

**PRIOR EDITIONS MAY BE USED**     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

**Chicago Police Department**
**Officer of Legal Affairs**
**NOTICE TO PROCESS SERVER**

Case Caption & Docket Number: _Triplett V. Triantafillo 08C1884_

Received By: _Emerald Yancy_
            name & signature

Date & Time Received _15 May 2008  355_

    Please be advised that the Chicago Police Department is not accepting service on behalf of any individual defendant(s) in the above-captioned matter but is receiving the documents in order to facilitate service upon the individual defendant(s) who are Chicago police officers. The Department will contact the individual officers to accept service. After the officer has accepted service, you will be notified through regular court procedures.