## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:                                              Case Number:     08 C 1884

DANNY R. TRIPLETT

v.

P.O. JAMES TRIANTAFILLO.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

James Triantafillo, Defendant

| | |
|---|---|
| **NAME (Type or print)**<br>Ashley C. Kosztya | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br> /s/ Ashley C. Kosztya | |
| **FIRM**   City of Chicago Department of Law | |
| **STREET ADDRESS**   30 North LaSalle Street, Suite 1020 | |
| **CITY/STATE/ZIP**   Chicago, Illinois 60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6274884 | **TELEPHONE NUMBER**<br>(312) 744-6922 |
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?**     YES **X**     NO ☐ | |
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?**     YES ☐     NO **X** | |
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?**     YES **X**     NO ☐ | |
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?**   YES **X** NO ☐ | |
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.**<br><br>**RETAINED COUNSEL** ☐     **APPOINTED COUNSEL** ☐ | |